# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:04CV145

| | |
|---|---|
| **In the Matter of Arbitration between** ) | |
| ) | |
| **THE FELDSPAR CORPORATION,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| Vs. ) | **ORDER OF REMAND** |
| ) | |
| **UNITED MINE WORKERS OF** ) | |
| **AMERICA, LOCAL 140,** ) | |
| ) | |
| **Respondent.** ) | |
| ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Petitioner's motion for summary judgment is **GRANTED IN PART AND DENIED IN PART**; the Opinion and Award of the Arbitrator is **VACATED**, and this matter is hereby **REMANDED** for a new arbitration proceeding before a new arbitrator mutually agreed upon by the parties.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Respondent's motion for summary judgment is **DENIED**.

**Signed: September 2, 2005**

Lacy H. Thornburg
United States District Judge